UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6162** **'CR-ROETTGER**
**MAGISTRATE JUDGE**
**SNOW**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1956(h)
21 U.S.C. § 853
18 U.S.C. § 982
18 U.S.C. § 2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BARRY SMITH. a/k/a "Scar," | ) |
| BERNARD SMITH, a/k/a "Fatboy," | ) |
| SAM JONES, a/k/a "Sam Tyson," | ) |
| ELLIOT AIKEN, a/k/a "Pig," | ) |
| RAYMOND HICKS, | ) |
| ASIA NELSON, a/k/a "Adrian," | ) |
| EARL PARKER and | ) |
| WILLIE WALKER, a/k/a "Unc," | ) |
| | ) |
| Defendants. | ) |
| | ) |

FILED by ___ D.C.

JUN 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From at least as early as December 1996 through in or about September 1999, in

Broward County, in the Southern District of Florida, and elsewhere, the defendants,



**BARRY SMITH, a/k/a "Scar,"**
**BERNARD SMITH, a/k/a "Fatboy,"**
**SAM JONES, a/k/a "Sam Tyson,"**
**ELLIOT AIKEN, a/k/a "Pig,"**
**RAYMOND HICKS,**
**ASIA NELSON, a/k/a "Adrian,"**
**EARL PARKER and**
**WILLIE WALKER, a/k/a "Unc,"**

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the Grand Jury, and with each other, to possess with intent to distribute a

Schedule II controlled substance, that is, a mixture and substance containing a detectable amount

of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

## COUNT II

On or about November 28, 1997, in Broward County, in the Southern District of

Florida, and elsewhere, the defendants,

**BARRY SMITH, a/k/a "Scar," and**
**SAM JONES, a/k/a "Sam Tyson,"**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled

substance, that is, a mixture and substance containing a detectable amount of cocaine, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

2

## COUNT III

On or about July 23, 1999, in Broward County, in the Southern District of Florida and elsewhere, the defendants,

**BARRY SMITH, a/k/a "Scar," and
WILLIE WALKER, a/k/a "Unc,"**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions, to wit, the transfer and delivery of monetary instruments affecting interstate and foreign commerce and involving the proceeds of specified unlawful activity, that is, the illegal distribution of cocaine, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

## COUNT IV
## FORFEITURE

As a result of the felony offenses alleged in Count I and Count II (as to BARRY SMITH and SAM JONES) of this Indictment, the United States is entitled to forfeiture of, and the defendants,

**BARRY SMITH, a/k/a "Scar,"**
**BERNARD SMITH, a/k/a "Fatboy,"**
**SAM JONES, a/k/a "Sam Tyson,"**
**ELLIOT AIKEN, a/k/a "Pig,"**
**RAYMOND HICKS,**
**ASIA NELSON, a/k/a "Adrian,"**
**EARL PARKER and**
**WILLIE WALKER, a/k/a "Unc,"**

shall forfeit to the United States, any and all interest that they have in property constituting and

derived from any proceeds the defendants obtained, directly and indirectly, as the result of such

violations, and property used and intended to be used, in any manner or part, to commit and to

facilitate the commission of said violations, jointly and severally, pursuant to Title 21, United

States Code, Section 853.

B.  Pursuant to Title 21, United State Code, Section 853(p), the United States further

intends to seek forfeiture of any property constituting or derived from any proceeds the

defendants obtained directly or indirectly as a result of the aforesaid violations and any and all

property used and intended to be used in any manner and part to commit and facilitate the

commission of the violations set forth in Count I and Count II.

If any of the above-described forfeitable property, as a result of any act or omission of the

defendants:

1.     cannot be located upon the exercise of due diligence;

2.     has been transferred or sold to, or deposited with, a third person;

3.     has been placed beyond the jurisdiction of the Court;

4.     has been substantially diminished in value; or

4

5.      has been commingled with other property which cannot be subdivided without

difficulty;

it is the intent of the United States, pursuant to Title 21, United State Code, Section 853(p), to

seek forfeiture of any other property of said defendants up to the value of the above

forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## COUNT V
## FORFEITURE

As a result of the felony offense alleged in Count III of this Indictment, the United

States is entitled to forfeiture of, and the defendants,

**BARRY SMITH, a/k/a "Scar," and
WILLIE WALKER, a/k/a "Unc,"**

shall forfeit to the United States any and all property, real and personal, involved in the

aforestated offense and all property traceable to such property, including but not limited to the

following pursuant to Title 18, United States Code, Section 982.

If any of the above-described forfeitable property, as a result of any act or omission of the

defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third person;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

5

(e)   has been commingled with other property which cannot be subdivided without

difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1),

to seek forfeiture of any other property of said defendants up to the value of the above forfeitable

property pursuant to Title 18, United States Code, Section 982.

A TRUE BILL:

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

THERESA M.B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES OF AMERICA        CASE NO.

v.

                              **CERTIFICATE OF TRIAL ATTORNEY\***

BARRY SMITH, et al             **Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)       _____ Yes _____ No
                                        Number of New Defendants    _____
    _____ Miami     _____ Key West       Total number of counts      _____
    _X_ FTL      _____ WPB _____ FTP

I do hereby certify that:

1.     I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.     I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.     Interpreter:      (Yes or No)     _____NO_____
       List language and/or dialect      _____

4.     This case will take    _6-8_ days for the parties to try.

5.     Please check appropriate category and type of offense listed below:
       (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _X_ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.     Has this case been previously filed in this District Court? (Yes or No)      _NO_
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?      (Yes or No)     _____NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____ No _____

7.     Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_
_ Yes _ No     If yes, was it pending in the Central Region? _X_ Yes _ No .

                                     _____
                                     KATHLEEN RICE
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Florida Bar No. 100765

\*Penalty Sheet(s) attached                                                     REV.4 7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** BARRY SMITH, a/k/a "Scar" _____         **Case No.** _____

================================         ============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

=======================================================================================
Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 841(a)(1) _____

**Max. Penalty:**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE
=======================================================================================
Count #. 3

CONSPIRACY TO COMMIT MONEY LAUNDERING _____

18 U.S.C. § 1956(h) _____

**Max. Penalty:**        20 YEARS' IMPRISONMENT; $500,000 FINE
=======================================================================================

Count #: _____

_____

**Max. Penalty:**
=======================================================================================

Count #: _____

_____

**Max. Penalty:**
=======================================================================================

=======================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name BERNARD SMITH, a/k/a "Fatboy"          Case No. _____

=================================    ===============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**      10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

===============================================================================
Count #:

_____

_____

**Max. Penalty:**
===============================================================================
Count #:

_____

_____

**Max. Penalty:**
===============================================================================
Count #:

_____

_____

**Max. Penalty:**
===============================================================================
Count #:

_____

_____

**Max. Penalty:**
===============================================================================

===============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** SAM JONES, a/k/a "Sam Tyson"          **Case No.** _____

================================    ==========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

=======================================================================================
Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 841(a)(1) _____

**Max. Penalty·**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT: $4.000,000 FINE
=======================================================================================
Count #

_____

_____

**Max. Penalty:**
=======================================================================================

Count #: _____

_____

**Max. Penalty:**
=======================================================================================

Count #: _____

_____

**Max. Penalty:**
=======================================================================================

=======================================================================================


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** ELLIOT AIKEN, a/k/a "Pig"          **Case No.** _____

=================================    ==============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**          10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #.

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================

=================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name RAYMOND HICKS          Case No. _____

===================================    ===============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**          10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================
Count #.

_____

_____

**Max. Penalty:**
================================================================================
Count #·

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================

================================================================================

*Refers only to possible term of incarceration. does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** ASIA NELSON, a/k/a "Adrian"          **Case No.** _____

================================   ==========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

===============================================================================
Count #:

_____

_____

**Max. Penalty:**
-------------------------------------------------------------------------------
Count #.

_____

_____

**Max. Penalty:**
===============================================================================
Count #.

_____

_____

**Max. Penalty:**
===============================================================================
Count #:

_____

_____

**Max. Penalty:**
===============================================================================

===============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name EARL PARKER              Case No. _____

==================================    ============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================
Count #.

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name** WILLIE WALKER                  **Case No.** _____

===================================    ================================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**          10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

================================================================================
Count #: 3

CONSPIRACY TO COMMIT MONEY LAUNDERING

18 U.S C § 1956(h)

**Max. Penalty.**          20 YEARS' IMPRISONMENT, $500,000 FINE
================================================================================
Count #.

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================
Count #:

_____

_____

**Max. Penalty:**
================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.