-cr-06162-PAS    Document 11    Entered on FLSD Docket 06/16/2000    P

# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

WILLIE WALKER

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest___ WILLIE WALKER _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND
CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title 21 United States Code, Section(s)    846 and 18 U.S.C. § 1956(h)

## WARRANT FOR ARREST

CASE NUMBER

# 00 - 6162

## CR-ROETTGER

Name    MAGISTRATE JUDGE
SNOW.

**Clarence Maddox**
Name of Issuing Officer

_Issuing Officer_

Bail fixed at $ _____

**Court Administrator/Clerk of the Court**
**Title of Issuing Officer**

6/15/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by _MAGISTRATE JUDGE_
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

