## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__    483938

UNITED STATES OF AMERICA

V.

WILLIE WALKER

**WARRANT FOR ARREST**

CASE NUMBER **00-6162**

CR-ROETTGER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIE WALKER__

Name    MAGISTRATE JUDGE SNOW.

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND
CONSPIRACY TO COMMIT MONEY LAUNDERING

in violation of Title __21__ United States Code, Section(s) __846 and 18 U.S.C. § 1956(h)__

__Clarence Maddox__
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_signature_
Issuing Officer

6/15/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Initial Appearance_    by __BARRY S. SELTZER__
__MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |

This warrant was received and executed with the arrest of the above named defendant at

Ft. Myers, FL

| DATE RECEIVED 6/15/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/16/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

32/DM