## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: WILLIE WALKER     CASE NO: 00-6162-CR-ROETTGER

AUSA: KATHLEEN RICE ~ pres     ATTY:

AGENT:     VIOL:

PROCEEDING: I/A ON INDICTMENT     RECOMMENDED BOND:

BOND HEARING HELD - yes / no     COUNSEL APPOINTED:

BOND SET @: 200,000 CSB     To be cosigned by:
posted in Ft Meyers

*FILED by D.C.*
*JUN 2 9 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

❏   Do not violate any law.

❏   Appear in court as directed.

❏   Surrender and / or do not obtain passports / travel documents.

☑   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏   Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏   Maintain or seek full - time employment.

☑   No contact with victims / witnesses.

❏   No firearms.

❏   Curfew: _____.

☑   Travel extended to: MO / FL.

❏   Halfway House _____.

*Advised of charges*
*Counsel to be*
*retained.*
*Bond continued as*
*set in Ft Myers*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-7 | 11 | BSS | FTL |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 7-7 | 11 | BSS | FTL |
| STATUS CONFERENCE: | | | | |

DATE: 6/28/00   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 036   Begin: 1169   End: 1332

60