FILED IN OPEN COURT
Of __7-7-00__ AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. __00-6162-CR__
                              __NcR__

**UNITED STATES OF AMERICA,**           :

v.                                                      :           **NOTICE OF PERMANENT**
                                                                      **APPEARANCE AS COUNSEL**
WILLIE WALKER                          :           **OF RECORD**

_____            :

COMES NOW __VINCENT FLYNN__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __7-8-00__

Attorney __VINCENT FLYNN__
Address __1221 BRICKELL AVE #1020__
City __MIAMI__ State __FL__ Zip __33131__
Telephone __305-858-1414__
Florida Bar No. _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____


65