

FILED by D.C.
JUL 7 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger

UNITED STATES OF AMERICA

vs

Willie Walker

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-7-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: SEE BOND

Telephone: _____

DEFENSE COUNSEL: Name: Vincent Flynn

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ CONT'D ON BOND

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 7 day of July, 2000.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-054

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services