DEFT: Willie Walker (B) CASE NO: 00-6162-CR-Roettger
AUSA: Kathleen Rice /Jeff Kay ATTNY: Vinnie Flynn
AGENT: VIOL:
PROCEEDING: Inquiry re Counsel/Arraignment BOND REC:
BOND HEARING HELD - yes/no COUNSEL APPOINTED:
___ BOND SET @

FILED by _____ D.C.
JUL 7 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 7-21-00  11:00am  Snow
STATUS CONFERENCE:

DATE: 7-7-00   TIME: 11:00am   TAPE # 00-054  PG # 5
2855-2900

69