

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

## MEMORANDUM



FILED by _____ D.C.
DKTG

JUL 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

-vs-                                         Case No. 2:00-M-55-FTM-DNF

**WILLIE WALKER**

---

DATE:       July 6, 2000

       **Your Case No.:**    **00-6162-CR-ROETTGER**

TO:         United States District Court
            Southern District of Florida
            Federal Courthouse Square 301 North Miami Avenue
            Miami, FL 33128-7788

FROM:       Kimberly Arnett, Acting Courtroom Deputy for
            Douglas N. Frazier, United States Magistrate Judge
            (941) 461-2008
            U.S. Courthouse
            2110 First Street
            Fort Myers, Florida 33901

SUBJECT:    Rule 40 Proceedings

The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Fort Myers, Florida wherein the following action was taken:

INITIAL APPEARANCE:    JULY 16, 1999

RELEASE/DETENTION:     Conditions of Release were set and the Defendant was released on bond. Original powers of attorney and corporate surety bond attached.

CHARGING DOCUMENT:     Indictment

Enclosures



FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA** 2000 JUN 27 PM 3:08
**FORT MYERS DIVISION**

MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-                                              Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER

## AMENDED
## ORDER SETTING
## CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2) The defendant **shall immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse and Federal Building in the Courtroom directed upon notice.

### ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

#### CORPORATE SURETY

- The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $200,000 in the event of a failure to appear as required or to surrender as directed for service of sentence imposed.

- report as directed by the Pretrial Services Office*.

- Maintain or actively seek employment.

- Surrender any **passport** to Clerk, U.S. District Court.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Defendant is restricted in travel to the STATE OF FLORIDA as necessary for business, otherwise the defendant is restricted in travel to the FORT MYERS DIVISION of the Middle District of Florida. The defendant may also travel outside of the Fort Myers Division as necessary to visit his attorney and to attend court proceedings in the Southern District of Florida.

ANY TRAVEL OUTSIDE THE AREA SET FORTH ABOVE MUST BE SUBMITTED *BY WRITTEN NOTIFICATION* TO AND APPROVAL BY THE PRETRIAL SERVICES OFFICER* AT LEAST THREE (3) DAYS PRIOR TO THE DATE UPON WHICH TRAVEL IS TO COMMENCE. A courtesy copy of this notification shall be submitted to the Assistant U.S. Attorney.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Refrain from excessive consumption of any alcoholic beverages.

- Refrain from any use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer* or as may be lawfully prescribed in writing by a licensed medical practitioner.

- Submit to any method of testing required by the Pretrial Services Office* or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

- Report as soon as possible, to the Pretrial Services Office* any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

### Additional Information

* If this bond is set as a result of a probation violation or supervised release violation, the Probation Officer shall supervise and give direction to the defendant herein rather than the Pretrial Services Officer*.

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, **Charlotte**, Citrus, Clay, **Collier**, Columbia, **DeSoto**, Duval, Flagler, **Glades**, Hamilton, Hardee, **Hendry**, Hernando, Hillsborough, Lake, **Lee**, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

## ADVICE OF PENALTIES AND SANCTIONS

## TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.
A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Willie Walker*
Signature of Defendant

103 Fifth Ave
Address

Lehigh Acres, Fla   303 5848
City and State        Telephone

Witness: [signature]     Date: 6/26/00

### DIRECTIONS TO THE UNITED STATES MARSHAL

☐ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: June 27, 2000

[signature]
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

FILED

UNITED STATES OF AMERICA

-vs-                                                        Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER

## APPEARANCE BOND

**Non-surety:**   I. the undersigned defendant acknowledge that I and my . . .
**Surety:**  We, the undersigned, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of **$200,000**, and there has been no deposit made into the Registry of the Court.

The conditions of this bond are that the defendant **WILLIE WALKER** is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Procedure and any other laws of the United States.

This bond is signed on 20th day of June, 2000 at Fort Myers, Florida.

Defendant: _Willie Walker_           Address: 103 ...

Joseph Houston  Surety: _____           Address: Lehigh...
XPRESS BAIL BONDS
Surety: _____                                Address: 339...

Signed and acknowledged before me on this 20 day of June, 2000 at Fort Myers, Florida.

EXPRESS BAIL BONDS
306 S. 1st St
P.O. Box 1161
Immokalee, FL 34143
(941) 337-1656

Deputy Clerk: _Kimberly M Arnett_

Approved by: _____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

_Libby A. Hunter, Deputy Clerk_
6/21/00

SCANNED

AO98 (Rev 8/85) Appearance Bond

8



**RANGER INSURANCE**
PO BOX 2807
HOUSTON, TEXAS 77252-2807

**FEDERAL POWER OF ATTORNEY**

POWER **RF500-11251145**

POWER AMOUNT $ **500,000**

KNOW ALL MEN BY THESE PRESENTS that The Ranger Insurance Company, a corporation duly organized and existing under the laws of the State of Delaware and by the authority of the resolution adopted by the Board of Directors at a meeting duly called and held on December 19, 1995, which said Resolution has not been amended or rescinded, does constitute and appoint and by these presents does make, constitute and appoint the named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments, or penalties, or any other condition imposed by a court not specifically related to court appearance.

This power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.

The obligation of the company shall not exceed the sum of **FIVE HUNDRED THOUSAND DOLLARS** and provided this Power-of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, THE RANGER INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this **21** DAY of **June** MONTH **2000** YEAR

Bond Amount $ **200,000**
Defendant **Willie Walker**
Charges **Conspiracy pos w/int dist coc / Conspiracy to commit money Laundry**
Court **FEDERAL**
Case No. **00-M-55-FTM-DNF**
City **United States District** State **Court**

By _____
John D.C. Harrelson
Vice President

VOID IF NOT ISSUED BY: **09/01/2000**

**FOR FEDERAL USE ONLY**
**NOT VALID IF USED IN STATE COURT**

If rewrite, original No. _____
Executing Agent _____

S-0035 REV (5/99)

**APPEARANCE BOND**

*SEND ALL COURT NOTICES AND FORFEITURES TO:*

**AAA Express Bail Bonds**
306 South 1st St.
P.O. Box 1161
Immokalee, FL 34143

POWER # RF500-11251145
ARREST # 00-M-55-FTM-DNF

STATE OF FLORIDA
vs

Willie Walker
Court Room Ft MYERS
Time TBK

In The
FEDERAL Court
United States District Court County
STATE OF FLORIDA

KNOW ALL MEN BY THESE PRESENTS: That we, the above captioned defendant, as principals, and Continental Heritage Insurance Company, a Utah Corporation, as surety are held and firmly bound unto the Governor of the State of Florida, and his successors in office the said principal, in the sum of $ 200,000 —
and the said surety for a like amount, for the payment whereof well and truly to be made we bind ourselves, our heirs, executors, administrators and assigns firmly by these presents.

Signed and sealed this 21 day of June A.D., 2000

The condition of this obligation is such that if the said principal shall appear on TBK 19 ___
at the next Regular or Special term of the above court and shall submit to the said court to answer a charge of
Conspiracy Pos w/int dist coc and shall submit
to orders and process of said Court and not depart the same without leave, then this obligation to be void, else to remain in full force
and virtue. Conspiracy to commit money laundry

TAKEN BEFORE ME AND APPROVED BY ME:
_____ Sheriff
By _____ D.S.
CONTINENTAL HERITAGE INSURANCE COMPANY
P.O. BOX 4376
DAVENPORT, IOWA 44125
(319) 326-5366
(319) 326-2103 FAX

X_____ (L.S.)
(PRINCIPAL)

[SEAL: CONTINENTAL HERITAGE INSURANCE — UTAH]

CONTINENTAL HERITAGE INSURANCE COMPANY
_____ (L.S.)
(ATTORNEY-IN-FACT) (SURETY)

SEND TO: _____
_____
_____

**CONTINENTAL HERITAGE INSURANCE COMPANY**
**C. E. PARISH GENERAL AGENCY, INC.**
P.O. BOX 1747, BUSHNELL, FLORIDA 33513
(352) 793-7775 / FAX (352) 793-9572

**COURT COPY**

## CERTIFICATE OF DISCHARGE OF BOND   Date_____

Case Number_____ Bond Amount_____ Power No. _____
Defendent_____ court
This is to certify that on or about the _____ day of _____ 19_____
I examined the records of _____ and found that the bond with corresponding
power number has been discharged of record by reason of the following disposition_____
_____ Person rendering decision _____
Date of Discharge _____, Witness my hand and official seal this _____
day of _____, 19_____ Title _____

THE UNDERSIGNED SURETY on the bond of _____

wishes to surrender said defendant and come off bond and hereby authorizes _____

as licensed bail bond agent of said Surety or any Law Enforcement Officer having jurisdiction to take the said _____

into custody and deliver and surrender him or cause him to be surrendered into the custody of the Sheriff of _____ County,

_____ Florida. This instrument is certified to be a true and correct copy of the original bond now of record in said case.

**CONTINENTAL HERITAGE INSURANCE CO.** by _____ (Attorney-in-fact)

**STATEMENT**

I, Joseph Houston _____ am a duly licensed bail bond agent pursuant to Chapter 648, Florida Statutes, and have registered for the current year with the office of the Sheriff and Clerk of the Circuit Court of the aforesaid county, and have filed a certified copy of my appointment by Power of Attorney for the Surety with the office of the Sheriff and Clerk of the Circuit Court of the aforementioned County, and that

Principal Willie Walker

Address _____

has (given or promised to give) the sum of Thirty Thousand ($ 30,000 — ) Dollars as consideration for Bail Bond Number RF500-11251145 filed with the Clerk of the FEDERAL Court

located in United States District Court, Florida, together with the (promise or receipt) of security belonging to:

Names: Willie Walker & Hattie Walker

Address: _____

as follows: (Provide detailed description and source of security) prom/indemn/property

That a duly signed receipt has been given to the said Willie Walker (Principal) for the consideration

given and/or that said _____ (name) has (also been) given a receipt for the security described above.

(Bond Agent) Joseph Houston

(Agency) EXPRESS BAIL BONDS

(Address) Immokalee FL 34142

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER

_____

## ORDER SETTING
## CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case.

(2) The defendant **shall immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse and Federal Building in the Courtroom directed upon notice.

## ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

### CORPORATE SURETY

- The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $200,000 in the event of a failure to appear as required or to surrender as directed for service of sentence imposed.

- report as directed by the Pretrial Services Office*.

- Maintain or actively seek employment.

- Surrender any passport to Clerk, U.S. District Court.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Defendant is restricted in travel to the STATE OF FLORIDA as necessary for business, otherwise the defendant is restricted in travel to the FORT MYERS DIVISION of the Middle District of Florida. The defendant may also travel outside of the Fort Myers Division as necessary to visit his attorney and to attend court proceedings in the Southern District of Florida.



AO 199A Order Setting Conditions of Release

ANY TRAVEL OUTSIDE THE AREA SET FORTH ABOVE MUST BE SUBMITTED *BY WRITTEN NOTIFICATION* TO AND APPROVAL BY THE PRETRIAL SERVICES OFFICER\* AT LEAST THREE (3) DAYS PRIOR TO THE DATE UPON WHICH TRAVEL IS TO COMMENCE. A courtesy copy of this notification shall be submitted to the Assistant U.S. Attorney.

- Refrain from possessing a firearm, destructive device, or other dangerous weapon.

- Refrain from consumption of any alcoholic beverages.

- Refrain from any use or unlawful possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer\* or as may be lawfully prescribed in writing by a licensed medical practitioner

- Submit to any method of testing required by the Pretrial Services Office\* or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

- Report as soon as possible, to the Pretrial Services Office\* any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

### Additional Information

\* If this bond is set as a result of a probation violation or supervised release violation, the Probation Officer shall supervise and give direction to the defendant herein rather than the Pretrial Services Officer\*.

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, **Charlotte**, Citrus, Clay, **Collier**, Columbia, DeSoto, Duval, Flagler, **Glades**, Hamilton, Hardee, **Hendry**, Hernando, Hillsborough, Lake, **Lee**, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Willie Walker*
Signature of Defendant

103 Fitch ave
Address

Lehigh acres Fla 941-303-5840
City and State                                    Telephone

### DIRECTIONS TO THE UNITED STATES MARSHAL

☐ The defendant is **ORDERED** released after processing.
☒ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:  June 20, 2000

*Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

-vs-  Case No. 00-55-01

**WILLIE WALKER**   **WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

I, WILLIE WALKER, understand that in the Southern District of Florida, charges are pending alleging violation of 18:841 and 18:1956 and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,

(3) an identity hearing to determine if I am the person named in the charge, and

(4) a preliminary examination [unless an indictment has been returned or information filed] to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary examination

☐ identity hearing and have been informed I have no right to a preliminary examination

☐ identity hearing but request a preliminary examination to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL.
CARYL L. LOESCH, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DEPUTY CLERK

_6/20/00_   WILLIE WALKER
June 20, 2000   Counsel for the Defendant

AO 466 (9/92) Waiver of Rule 40 Hearings



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                    Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER                           AUSA: Samuel Armstrong
                                        Deft. Atty.: Neil Potter

| PRESIDING JUDGE: | Douglas N. Frazier | DATE: | June 20, 2000 |
|---|---|---|---|
| DEPUTY CLERK: | Kimberly Arnett | TAPE/REPORTER: | SWFLR-Leta Woolard |
| INTERPRETER: | | PRETRIAL/PROBATION: | Tad Parks |

**CLERK'S MINUTES**

**DETENTION HEARING and RULE 40 PROCEEDINGS:**

Parties have agreed to $200,000 corporate surety bond.

Defendant will waive Rule 40 hearings. Defendant executes waiver in court.

Defendant shall appear in the Southern District of Florida as ordered within 10 days or upon order of the court.

Defendant is remanded to the custody of the U.S. Marshal until the bond has been posted.

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL.
...L. LOESCH, CLERK
...STATES DISTRICT COURT
...DISTRICT OF FLORIDA
DEPUTY CLERK

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

2000 JUN 16 PM 5: 32

CLERK...
MIDDLE DIST... OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-                                  Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER

---

### AMENDED NOTICE OF HEARING

TAKE NOTICE that DETENTION HEARING AND RULE 40 REMOVAL HEARING is scheduled for **TUESDAY, JUNE 20, 2000** at **2:00 P.M.** This hearing will be held before the **Honorable Douglas N. Frazier** in **Courtroom C**, Fifth Floor, U.S. Courthouse, 2110 First Street, Fort Myers, Florida. The Defendant is required to be present.

Dated: June 16, 2000

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

By: Kimberly Arnett, Deputy Clerk

---

Local Rule 4.11 prohibits bringing cellular telephones, beepers, lap top computers or weapons of any kind into the courthouse. Counsel must inform parties and witnesses of this policy.

**********FOR INTERNAL USE ONLY**********

( ) Parties called                 ( ) Please call parties                      ( ) Parties need not be called
( ) Interpreter called             ( ) Please call _____ Interpreter          ( ) Please check if interpreter required

To:  U.S. Attorney                 U.S. Marshal                                 Leslie Gatto
     U.S. Pretrial Services
     Counsel for Defendant/Public Defender

---

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
CHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Kimberly Arnett
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER

---

## NOTICE OF HEARING

TAKE NOTICE that DETENTION and RULE 40 REMOVAL is scheduled for **TUESDAY, JUNE 19, 2001 at 2:00 P.M.** This hearing will be held before the **Honorable Douglas N. Frazier in Courtroom C,** Fifth Floor, U.S. Courthouse, 2110 First Street, Fort Myers, Florida. The Defendant is required to be present.

Dated: June 16, 2000

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

By: Kimberly Arnett, Deputy Clerk

Local Rule 4.11 prohibits bringing cellular telephones, beepers, lap top computers or weapons of any kind into the courthouse. Counsel must inform parties and witnesses of this policy.

---- FOR INTERNAL USE ONLY ----

| ( ) Parties called | ( ) Please call parties | (X) Parties need not be called |
| ( ) Interpreter called | ( ) Please call _____ Interpreter | ( ) Please check if interpreter required |

To:  U.S. Attorney -Sam Armstrong    U.S. Marshal         Leslie Gatto
     US Public Defender               U.S. Pretrial Services

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
CHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____ DEPUTY CLERK

3

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2000 JUN 16 PM 5: 34

CLERK
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-                                                  Case No. 2: 00-M-55-FTM-DNF

WILLIE WALKER

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- Initial appearance ~~(Rule 40)~~ only.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of June, 2000.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

✗ Federal Public Defender, Secretary

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.
CHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

FILED
2000 JUN 16 PM 1:32
CLERK, U.S. DISTRICT COURT
MIDDLE DIST. OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES OF AMERICA

-vs-   Case No. 2:00-M-55-FTM-DNF

WILLIE WALKER   AUSA: Samuel Armstrong
Deft. Atty.: Charles Harris

| PRESIDING JUDGE: | Douglas N. Frazier | DATE: | June 16, 2000 |
|---|---|---|---|
| DEPUTY CLERK: | Kimberly Arnett | TAPE/REPORTER: | SWFLR-Leta Woolard |
| INTERPRETER: | | PRETRIAL/PROBATION: | David Martin |

## CLERK'S MINUTES

### INITIAL APPEARANCE on RULE 40 SDFL

Date of Arrest in Middle District of Florida: 06/16/00

Public Defender appointed for this hearing. Defendant will retain counsel.

Charges and penalties summarized.

Government requests detention. Detention hearing and Rule 40 Removal hearing scheduled for 06/20/00 at 2:00 pm.

c: Secretary, Federal Public Defender

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL.
CHERYL L. LOESCH, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DEPUTY CLERK