UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-~~6126~-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER,

    Defendant.
_____/

## DEFENDANT'S
## REQUESTED VOIR DIRE QUESTIONS

1. Have you ever applied for a job in law enforcement?

2. Have you ever considered becoming a law enforcement ~~officer~~?

3. What newspapers and periodicals do you subscribe to or enjoy reading?

4. What clubs and organizations are you a member of?

5.  Have you held any office in any local organization?

6.  What is your favorite television show?

7.  What is your favorite movie?

8.  Do you speak a foreign language?   If so, which?

9.  Are you a member of Crime Watch or a similar organization?

10. Have you ever been an informer or cooperating individual for any law enforcement agency?

11. Have you ever furnished information to law enforcement about what you suspected to be narcotics activity?

12. In your employment, have you ever been the victim of race or sex discrimination?

13. Are you, or anyone close to you, a member of Alcoholics Anonymous, or Narcotics Anonymous, or any other group which helps persons with drug or alcohol dependencies?

14. The following question is very personal, and I will ask only for a show of hands. I will not ask for any details. Have you, or anyone close to you, ever had a problem with narcotics or so-called "illegal" drugs? Please raise your hands.

15. Have you ever participated in any drug abuse prevention or education programs, workshops or classes?
If yes, explain.

16. Do any of you blame drugs for harming the lives of any of your relatives or friends?

3

Respectfully submitted,

VINCENT J. FLYNN, ESQ.
F.B.N. 151145
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
Tel: (305) 858-1414

_____
VINCENT J. FLYNN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this 29 day of Aug, 2000:

Kathleen Rice, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl 33394

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, Florida  33129-2335

Jorge Sibila, Esq.
2246 S.W. 1st Street
Miami, Florida 33135-1513

4

Patrick Hunt, Esq.
Federal Public Defender
101 N.E 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301

Martin Feigenbaum, Esq.
Museum Tower
150 West Flagler Street
Suite 1565
Miami, Fl 33130

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl 33134

Manuel Gonzalez, Jr., Esq.
780 N.W. 42ND Avenue
Suite 318
Miami, Florida 33126-5536

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

_____
Vincent J. Flynn

5