UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-~~6126~~-CR-ROETTGER/SNOW
                 6162

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER,

    Defendant.
_____/

## NOTICE OF REQUEST
## FOR DISCOVERY PURSUANT TO FEDERAL
## RULE OF CRIMINAL PROCEDURE 16(a)(1)(E)

The Defendant, THOMAS GIORDANO, by and through his undersigned counsel, respectfully requests discovery, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E) of the resumes and written summaries of experts' expected testimony. The Defendant acknowledges that the obligation is reciprocal.

126

Respectfully submitted,

VINCENT J. FLYNN, ESQ.
F.B.N. 151145
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
Tel: (305) 858-1414

_____
Vincent J. Flynn

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this ___ day of _____, 2000:

Kathleen Rice, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl 33394

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, Florida  33129-2335

Jorge Sibila, Esq.
2246 S.W. 1st Street
Miami, Florida 33135-1513

Patrick Hunt, Esq.
Federal Public Defender
101 N.E 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301

Martin Feigenbaum, Esq.
Museum Tower
150 West Flagler Street
Suite 1565
Miami, Florida 33130

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl 33134

Manuel Gonzalez, Jr., Esq.
780 N.W. 42ND Avenue
Suite 318
Miami, Florida 33126-5536

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

_____
Vincent J. Flynn

3