| | | | |
|---|---|---|---|
| DEFT: | Willie Walker (B) | CASE NO: | 00-6162-CR-Roettger (s) |
| AUSA: | Kathleen Rice  *present* | ATTNY: | ~~Vinnie Flynn~~ Vinnie Flynn / Cotrone *standing in* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on SS Indictment | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:  N/A
STATUS CONFERENCE:

DATE: 10-24-00   TIME: 11:00am   TAPE # 00-080   PG # 3
1700-1800

145/DM