UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger (s)

UNITED STATES OF AMERICA

vs

Willie Walker

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-24-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: On Bond

                   Telephone: _____

DEFENSE COUNSEL:   Name: Vincent Flynn

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED: $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this 24 day of October, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-080

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

146/DM