UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR-ROETTGER(s)
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

   Plaintiff,

v.

WILLIE WALKER,

   Defendant.
_____/

NOTICE OF PREVIOUSLY SET TRIALS

The Undersigned respectfully notifies the Court and the parties of his previously set trials as follows:

1. January 16, 2001: *United States v. Jose Gonzalez*, Case No: 00-239-CR-KING. The trial date may be reset to January 8, 2001 at the Government's request. The estimated length of trial is two weeks.

2. March 12, 2001: *United States v. Eduardo Lezcano*, Case Number: 00-376-CR-LENARD. The estimated length of trial is one month.

Respectfully submitted,

VINCENT J. FLYNN, ESQ.
F.B.N. 151145
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
Tel: (305) 858-1414

_____
VINCENT J. FLYNN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this 25th day of October, 2000:

Kathleen Rice, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl 33394

Richard Diaz, Esq.
2701 S.W. 3rd Avenue
Miami, Florida  33129-2335

Patrick Hunt, Esq.
Federal Public Defender
101 N.E 3rd Avenue
Suite 202
Fort Lauderdale, Florida  33301

2

Randee Golder, Esq.
1300 Park Commerce Blvd.
Suite: 263
Delray Beach, Florida 33445

Martin Feigenbaum, Esq.
Museum Tower
150 West Flagler Street
Suite 1565
Miami, Fl 33130

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl 33134

Manuel Gonzalez, Jr., Esq.
780 N.W. 42ND Avenue
Suite 318
Miami, Florida 33126-5536

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

_(signature)_
Vincent J. Flynn