UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR-ROETTGER(s)(s)
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER,

    Defendant.
_____/



## UNOPPOSED MOTION
## FOR PERMISSION TO TRAVEL

The Defendant, WILLIE WALKER, by and through his undersigned counsel, respectfully moves this Honorable Court for permission to travel and would state in support thereof:

1. The Defendant wishes to travel by car with his wife and children to visit with their daughter for the holidays.

2. The Defendant and his family would leave on December 26, 2000 and return on January 1, 2001.

3. The Defendant and his family would stay with the defendant's daughter, Gloria Peterson, at her home located at 3244 Staton Drive, Albany, Georgia, telephone number: 912-436-7078.



4. The Defendant would report to pretrial services upon his departure and arrival.

5. The Undersigned contacted Kathleen Rice, Esquire, the Assistant United States Attorney assigned to this case, and Ms. Rice has stated that she would not object to the granting of the foregoing motion.

6. The Undersigned contacted David Martin, the United States Pretrial Services Officer assigned to this case, and Mr. Martin has stated that he would not object to the granting of the foregoing motion.

        Respectfully submitted,

        VINCENT J. FLYNN, ESQ.
        F.B.N. 151145
        1221 Brickell Avenue
        Suite 1020
        Miami, FL 33131
        Tel: (305) 858-1414

        _____
        VINCENT J. FLYNN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this ___15___ day of ___Dec___, 2000:

    Kathleen Rice, Esq.
    Assistant United States Attorney
    500 E. Broward Blvd.
    7th Floor
    Fort Lauderdale, Fl 33394

    David Martin
    United States Pretrial Services Officer
    2110 First Street, #2-138
    Fort Myers, Florida 33901

    Richard Diaz, Esq.
    2701 S.W. 3rd Avenue
    Miami, Florida   33129-2335

    Patrick Hunt, Esq.
    Federal Public Defender
    101 N.E 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida  33301

    Randee Golder, Esq.
    1300 Park Commerce Blvd.
    Suite: 263
    Delray Beach, Florida 33445

    Martin Feigenbaum, Esq.
    Museum Tower
    150 West Flagler Street
    Suite 1565
    Miami, Fl 33130

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl 33134

Manuel Gonzalez, Jr., Esq.
780 N.W. 42ND Avenue
Suite 318
Miami, Florida 33126-5536

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

*[signature]*
Vincent J. Flynn

4