UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR-ROETTGER(s)(s)
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

WILLIE WALKER,

　　　Defendant.
_____/



### ORDER GRANTING UNOPPOSED
### MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come on to be heard upon the Defendant's Unopposed Motion for Permission to Travel, the Government having no objection, Pretrial Services having no objection and the Court being otherwise fully advised in the premise, it is

**ORDERED and ADJUDGED:**

1. That the motion be and the same is hereby GRANTED.

2. The Defendant is permitted to travel by car to and from Albany, Georgia to visit with their daughter.

3. The Defendant is to report to Pretrial Services upon his departure and arrival.

4. The Defendant is to stay with the his daughter, Gloria Peterson, at her home located at 3244 Staton Drive, Albany, Georgia, telephone number: 912-436-7078.

**DONE and ORDERED** this _____ day of December, 2000 in Chambers at Fort Lauderdale, Florida.

Lurana S. Snow
LURANA SNOW
UNITED STATES MAGISTRATE

Copies furnished to:

Vincent J. Flynn, Esq.

Kathleen Rice, Esq.
Assistant United States Attorney

David Martin
United States Pretrial Services Officer

~~Counsel of record.~~