HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162            Date: 9 March 01
Courtroom Clerk: C. Pressman   Court Reporter: J. Reeves
Probation Officer: _____ Interpreter: _____

Plaintiff(s): USA            Counsel: Rice

Defendant(s): Smith, Barry    Counsel: Golder
Smith, Bernard                         Lotin
Aiken                                  Garcia
Hicks                                  Gonzalez
Nelson                                 Flynn
Walker

Reason For Hearing: Status

Result of Hearing/Judgment: Cont 3 weeks
Set Aug 27, 2001

Misc.: _____

FILED by _____ D.C.
2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.