UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR-ROETTGER(s)(s)
(Magistrate Judge Snow)

S.D. OF FLA-FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER,

    Defendant.
_____/



### UNOPPOSED MOTION
### FOR PERMISSION TO TRAVEL

The Defendant, WILLIE WALKER, by and through his undersigned counsel, respectfully moves this Honorable Court for permission to travel and would state in support thereof:

1. The Defendant wishes to travel by car with his wife and children to visit with their daughter.

2. The Defendant and his family would leave on July 2, 2001 and return on July 10, 2001.

3. The Defendant and his family would stay with the defendant's daughter, Gloria Peterson, at her home located at 3244 Staton Drive, Albany, Georgia, telephone number: 912-436-7078.

4. The Defendant would report to pretrial services upon his departure and arrival.

5. The Undersigned contacted Kathleen Rice, Esquire, the Assistant United States Attorney assigned to this case, and Ms. Rice has stated that she would not object to the granting of the foregoing motion.

6. The Undersigned contacted David Martin, the United States Pretrial Services Officer assigned to this case, and Mr. Martin has stated that he would not object to the granting of the foregoing motion.

Respectfully submitted,

VINCENT J. FLYNN, ESQ.
F.B.N. 151145
1221 Brickell Avenue
Suite 1020
Miami, FL 33131
Tel: (305) 858-1414

VINCENT J. FLYNN

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this _15th_ day of _June_, 2001:

Kathleen Rice, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl 33394

David Martin
United States Pretrial Services Officer
2110 First Street, #2-138
Fort Myers, Florida 33901

_____
Vincent J. Flynn

3