UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(s)(s)/SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

BARRY SMITH, et al.,

    Defendants.    :

_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Willie Walker's** Unopposed Motion for Permission to Travel (DE 242), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The defendant is permitted to travel to Albany, Georgia from July 2, 2001 through July 10, 2001. All other conditions of bond remain in full force and effect.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of June, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Vincent Flynn, Esq.
PTSO David Martin (FTP)