UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR-ROETTGER(s)(s)
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER and
BERNARD SMITH,

    Defendants.
_____/

## NOTICE OF POSSIBLE SCHEDULING CONFLICT

Undersigned counsel submits the following notice of a possible scheduling conflict:

| Trial Date | Trial | Estimated Time | Date Set |
|---|---|---|---|
| 8-27-01 | U.S. v. Walker, et al.* (00-6162-Cr-Roettger) | 2-3 weeks | 1-5-01 |
| 9-10-01 | U.S. v. Gonzalez, et al.** (00-239-Cr-King) | 1 week | 5-14-01 |
| 9-17-01 | U.S. v. Lezcano, et al. (00-376-Cr-Lenard) | 4-6 weeks | 5-7-01 |

\* Attorney Richard Diaz represents co-defendant Bernard Smith
\*\*Attorney Richard Diaz represents co-defendant Juan Gonzalez-Sosa

2. The Walker case should take no more than two weeks to try; however, it does involve a wiretap and trial length will depend on how many tapes the Government introduces.

3. The Gonzalez case is a retrial. The original trial was completed within a week.

4. Both Walker and Gonzalez are on bond; co-defendants on both cases are pre-trial detained.

5. Lezcano has been pretrial detained since August of 1999 and has demanded a speedy trial.

6. There is a potential scheduling conflict should there be unforseen problems causing delay in a case.

7. Richard Diaz, counsel for co-defendant BERNARD SMITH, represents a co-defendant in the Gonzalez case, JUAN GONZALEZ-SOSA..

Respectfully submitted,

VINCENT J. FLYNN, ESQ.  
F.B.N. 151145  
1221 Brickell Avenue  
Suite 1020  
Miami, FL 33131  
Tel: (305) 858-1414  

_____  
VINCENT J. FLYNN

RICHARD DIAZ, ESQ.  
F.B.N. 0767697  
2701 S.W. 3rd Avenue  
Miami, Florida 33129  
Tel: (305)285-1122  

_____  
RICHARD DIAZ  
for

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this ___3___ day of ___Aug___, 2001:

Kathleen Rice, Esq.
Assistant United States Attorney
500 E. Broward Blvd.
7th Floor
Fort Lauderdale, Fl 33394

Patrick Hunt, Esq.
Federal Public Defender
101 N.E 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301

Randee Golder, Esq.
1300 Park Commerce Blvd.
Suite: 263
Delray Beach, Florida 33445

Martin Feigenbaum, Esq.
Museum Tower
150 West Flagler Street
Suite 1565
Miami, Fl 33130

Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Fl 33134

Manuel Gonzalez, Jr., Esq.
780 N.W. 42ND Avenue
Suite 318
Miami, Florida 33126-5536

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

Michael Bloom, Esq.
3225 Aviation Avenue
Suite 300
Miami, Florida 33133

_____
Vincent J. Flynn

_____
Richard Diaz