UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

vs

WILLIE WALKER

**VERDICT**

_____/

FILED by _____ D.C.
SEP 2 ~ 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

We the jury, find the defendant WILLIE WALKER,

_____ as to Count 1. If your verdict is for the
(Guilty)/Not Guilty
defendant please circle "Not Guilty", date, and sign this verdict form.

But if you find the defendant guilty as to Count 1, please indicate the amount of cocaine:

_____ under 500 grams,   _____ 500 grams to 5 kilograms,

_____ excess of 5 kilograms.

_____ As to Count 3.
(Guilty)/Not Guilty

as charged in the Superseding Indictment.

     SO SAY WE ALL.

Dated this ___26TH___ day of __SEPT__, 2001 at Ft. Lauderdale, Florida.

_____
Foreman/Forewoman