UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_USA_   Case No. _0C1-6162-CR-NCR_

vs.

_SMITH ET AL_

### SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk: _XS_

Docket Numbers

_298 - 302_