UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-SEITZ

UNITED STATES OF AMERICA,

v.

WILLIE WALKER,

_____/



ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to The Honorable Ted E. Bandstra to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant Walker's Petition for Attorney's Fees.

DONE AND ORDERED this 2nd day of March, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Ted E. Bandstra
Kathleen Rice, AUSA
Vincent J. Flynn, Esq.
Richard Diaz, Esq.
Patrick Hunt, AFPD
Randee Goldern, Esq.